# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Consolidated Grain and Barge, Co., | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) | Case No: 16 C 50139 |
| MTR Grain Corp., | ) ) ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [26] from the magistrate judge that this court enter the stipulated judgment filed by plaintiff pursuant to the terms of the parties' settlement agreement and terminate this case. Any objection was to be filed by January 19, 2017, and no objection has been received. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985). Having reviewed the R&R and finding no error, the court adopts the R&R in full and directs the clerk of court to enter the stipulated judgment [24]. This case is closed.

Date: 1/20/2017　　　　　　　　　　　　ENTER:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　FREDERICK J. KAPALA
　　　　　　　　　　　　　　　　　　　　District Judge